# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): 440-2025-05067

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Thomas Michael Dalton | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |
| c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@sulaimanlaw.com) | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CollisionRight, LLC dba D's Paint & Body Shop | 15+ | 309-682-2886 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 1302 E SCIOTA AVE | PEORIA HEIGHTS, IL, 61616-6542 | gm77@collisionright.com |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 9/2024
Latest: 2/7/2025
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Thomas Michael Dalton (disabled), was employed by CollisionRight, LLC dba D's Paint & Body Shop as a body shop estimator from in or around April 2022 until on or about February 7, 2025, when I was unlawfully terminated on the basis of my disability. I have a physical/mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

I have had hearing problems throughout my life. I started wearing a hearing aid in my right ear about 10 years ago, which is an in-canal device that is not visible unless someone looks closely. I have never had any issues with my performance or work ability due to my hearing disability.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 02 / 27 / 2025

Charging Party Signature: *[signed]*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: 040d74408f87b09c056321c408800121524a47d0

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2025-05067 |

Illinois Department of Human Rights                      and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was subjected to negative comments and bullying by my General Manager, Mike Gibson, who began working at the company around 6 months prior to my termination. Mike frequently made inappropriate comments about my hearing problem, both directly to me and in front of other employees. I was told by coworkers that Mike had made demeaning comments about my ability to hear, such as mocking me for my hearing aid. Even they noticed his weird obsession with my hearing aid.

He regularly made comments to me like, "make sure you have your hearing aid battery in so you can hear me." Additionally, Mike would intentionally whisper when speaking to me so that I couldn't hear him, which felt like bullying and deliberate exclusion.

Throughout my tenure at the company, I was never written up for performance issues, and my clients were consistently satisfied with my work. My hearing issues did not impact my ability to do my job, and I always fulfilled my responsibilities to the best of my ability.

On or about February 7, 2025, Mike Gibson informed me that I was being terminated from my position. When I asked why, he stated, "I'm tired of repeating myself to you because of your hearing issues." This statement made it clear to me that my termination was based on my disability.

My employer effectively denied my request for reasonable accommodation, failed to engage with me in an interactive process to determine the appropriate accommodation as required by the ADA, and ultimately terminated my employment on the basis of my disability.

Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

02 / 27 / 2025
Date

*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 040d74408f87b09c056321c408800121524a47d0



Audit trail

| | |
|---|---|
| Title | Final EEOC Charge for Signature - Thomas Michael Dalton |
| File name | Final_EEOC_Charge...ichael_Dalton.pdf |
| Document ID | 040d74408f87b09c056321c408800121524a47d0 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — 02 / 26 / 2025 — 22:42:44 UTC

**VIEWED** — 02 / 26 / 2025 — 23:36:58 UTC

**SIGNED** — 02 / 27 / 2025 — 14:07:52 UTC

**COMPLETED** — 02 / 27 / 2025 — 14:07:52 UTC

Powered by Dropbox Sign