AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| THOMAS DALTON ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01191 |
| COLLISIONRIGHT, LLC d/b/a D'S PAINT & BODY SHOP ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THOMAS DALTON.

Date: 05/15/2025

s:/ Travis Lampert
*Attorney's signature*

Travis Lampert #99843
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

tlampert@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*