E-FILED
Thursday, 15 May, 2025  08:50:28 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

THOMAS DALTON                                              )
*Plaintiff*                                                )
v.                                                         )    Case No.    1:25-cv-01191
COLLISIONRIGHT, LLC d/b/a D'S PAINT & BODY SHOP            )
*Defendant*                                                )

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THOMAS DALTON                                                                                    .

Date:      05/15/2025                                      s:/ Nathan C. Volheim
                                                           *Attorney's signature*

                                                           Nathan C. Volheim #6302103
                                                           *Printed name and bar number*

                                                           2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
                                                           *Address*

                                                           nvolheim@sulaimanlaw.com
                                                           *E-mail address*

                                                           (331) 307-7634
                                                           *Telephone number*

                                                           (630) 575-8188
                                                           *FAX number*