UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| THOMAS DALTON, | ) |
| Plaintiff, | ) Case: 1:25-cv-01191 |
| v. | ) |
| COLLISIONRIGHT, LLC d/b/a D'S PAINT & BODY SHOP, | ) Jury Trial Demanded |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated between Thomas Dalton ("Plaintiff") and CollisionRight, LLC d/b/a D's Paint & Body Shop ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 5th day of August, 2025.

AGREED TO BY:

**/s/ Travis P. Lampert,**
Travis P. Lampert, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
tlampert@sulaimanlaw.com
*Attorney for Plaintiff*

**/s/ Benjamin S. Morrell (With Consent)**
Benjamin S. Morrell (ARDC No. 6341896)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com
*Attorney for Defendant*

.